UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT E. BANKS,

        Petitioner,

v.                                    Case No. 3:07-cv-143-J-12JRK

WALTER A. MCNEIL,[1] et al.,

        Respondents.

## ORDER

Petitioner's Motion to Consolidate (Doc. #11) is **DENIED**. Although the offense at issue in Case No. 3:07-cv-229-J-32TEM[2] (a prison disciplinary report for unarmed assault) occurred the same day of the offense at issue in this case (a prison disciplinary report for an obscene, profane act), the cases are not otherwise related because: (1) different officers wrote each disciplinary report; (2) Petitioner entered different pleas in each case; (3) Petitioner grieved the two disciplinary reports in separate grievances; (4) Petitioner filed separate mandamus petitions on separate days in state court to challenge the two disciplinary

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Walter A. McNeil, the current Secretary of the Florida Department of Corrections, is substituted for James R. McDonough as the proper party Respondent having custody of the Petitioner.

[2] The Court takes judicial notice of Case No. 3:07-cv-229-J-32TEM.

reports; and, (5) the Petition in this case raises different grounds than those raised in Case No. 3:07-cv-229-J-32TEM.

**DONE AND ORDERED** at Jacksonville, Florida, this 18TH day of June, 2008.

                                               /s/ Howell W. Melton
                                         UNITED STATES DISTRICT JUDGE

ps 6/13
c:
Robert E. Banks
Counsel of Record